# Court of Appeals
# of the State of Georgia

ATLANTA,  October 01, 2024

*The Court of Appeals hereby passes the following order:*

## A25A0358. CESAR AUGUSTO CORDON SOSA v. SOUTHEASTRANS, INC. et al.

This civil action began in magistrate court. Following an adverse ruling, pro se plaintiff Cesar Sosa appealed to the superior court, which issued a final order in favor of the defendants. Sosa filed a notice of appeal, after which the superior court granted the defendants' motion to dismiss the appeal. Sosa then filed this direct appeal from the order dismissing his appeal from the superior court's final order. We lack jurisdiction.

Appeals from superior court decisions reviewing lower court decisions must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Sosa's failure to follow the proper procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  10/01/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.